PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

Sheet 1 of 9

**Complete if Known**

| | |
|---|---|
| Application Number | 13956087 |
| Filing Date | 07/31/2013 |
| First Named Inventor | John Paul Foley, et al. |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | PEL-1 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- D532063 | 11-14-2006 | Myong Han Kim, et al. | |
| | | US- 7901323 | 03--08-2011 | Brady A. Olason, et al. | |
| | | US- 20010053735 | 12-20-2001 | Michael Alvarez Cohen, et al. | |
| | | US- 20070197345 | 08-23-2007 | Gregory Allen Wallace, et al. | |
| | | US- 7603255 | 10-13-2009 | Charles Whipple Case, Jr., et al. | |
| | | US- 8021270 | 09-20-2011 | Michael D'Eredita | |
| | | US- 8068858 | 11-29-2011 | Jon H. Werner, et al. | |
| | | US- 8092344 | 01-10-2012 | Roberto Tagliabue | |
| | | US- 20080096726 | 04-24-2008 | Raymond W. Riley, et al. | |
| | | US- 20080125288 | 05-29-2008 | Charles Whipple Case | |
| | | US- 5259611 | 11-09-1993 | William t. Dalebout, et al. | |
| | | US- 5645509 | 07-08-1997 | Dane P. Brewer, et al. | |
| | | US- 6059692 | 05-09-2000 | Paul L. Hickman | |
| | | US- 6458060 | 10-01-2002 | Scott R. Watterson, et al. | |
| | | US- 20110172059 | 07-14-2011 | Scott Watterson, et al. | |
| | | US- 6626799 | 09-20-2003 | Scott R. Watterson, et al. | |
| | | US- 6808472 | 10-26-2004 | Paul L. Hickman | |
| | | US- 6921351 | 07-26-2005 | Paul L. Hickman, et al | |
| | | US- 7556590 | 07-07-2009 | Scott R. Watterson, et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3) [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

**Complete if Known**

| | |
|---|---|
| Application Number | 13956087 |
| Filing Date | 07/31/2013 |
| First Named Inventor | John Paul Foley, et al. |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | PEL-1 |

Sheet 2 of 9

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 7789800 | 09-07-2010 | Scott R. Watterson, et al. | |
| | | US- 20070254778 | 11-01-2007 | Darren C. Ashby | |
| | | US- 20110071003 | 03-24-2011 | Scott E. Watterson, et al. | |
| | | US- 4844451 | 07-04-1989 | George B. Bersonnet, et al. | |
| | | US- 4880225 | 11-14-1989 | James F. Lucas, et al. | |
| | | US- 4932650 | 06-12-1990 | Curt G. Bingham, et al | |
| | | US- 4955599 | 09-11-1990 | George Bersonnet, et al. | |
| | | US- 4971316 | 11-20-1990 | William T. Dalebout, et al. | |
| | | US- 4981294 | 01-01-1991 | William T. Dalebout, et al. | |
| | | US- 5000444 | 03-19-1991 | William T. Dalebout, et al. | |
| | | US- 5014980 | 05-14-1991 | George B. Bersonnet, et al. | |
| | | US- 5149312 | 09-22-1992 | Harold B. Croft, et al. | |
| | | US- 5203826 | 04-20-1993 | William T. Dalebout | |
| | | US- 5247853 | 09-28-1993 | William T. Dalebout | |
| | | US- 5259611 | 11-09-1993 | William T. Dalebout, et al. | |
| | | US- 5645509 | 07-08-1997 | Dane P. Brewer, et al. | |
| | | US- 6059692 | 05-09-2000 | Paul J. Hickman | |
| | | US- 6171217 | 01-09-2001 | Gordon L. Cutler | |
| | | US- 6458060 | 10-01-2002 | Scott R. Watterson, et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

Sheet 3 of 9

**Complete if Known**

| Application Number | 13956087 |
|---|---|
| Filing Date | 07/31/2013 |
| First Named Inventor | John Paul Foley, et al. |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | PEL-1 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number (Number-Kind Code[2] (if known)) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 6626799 | 09-30-2003 | Scott R. Watterson, et al. | |
| | | US- 6808472 | 10-26-2004 | Paul L. Hickman | |
| | | US- 6918858 | 07-19-2005 | Scott R. Watterson, et al. | |
| | | US- 6921351 | 07-26-2005 | Paul L. Hickman, et al. | |
| | | US- 6997852 | 02-14-2006 | Scott R. Watterson, et al. | |
| | | US- 7060006 | 06-13-2006 | Scott R. Watterson, et al. | |
| | | US- 7166062 | 01-23-2007 | Scott R. Watterson, et al. | |
| | | US- 7166064 | 01-23-2007 | Scott R. Watterson, et al. | |
| | | US- 7455622 | 11-25-2008 | Scott R. Watterson, et al. | |
| | | US- 7537546 | 05-26-2009 | Scott R. Watterson, et al. | |
| | | US- 7549947 | 06-23-2009 | Paul L. Hickman | |
| | | US- 7556590 | 07-07-2009 | Scott R. Watterson, et al. | |
| | | US- 7575536 | 08-28-2009 | Paul L. Hickman | |
| | | US- 7625315 | 12-01-2009 | Paul L. Hickman | |
| | | US- 7637847 | 12-29-2009 | Paul L. Hickman | |
| | | US- 7645213 | 01-12-2010 | Scott R. Watterson, et al. | |
| | | US- 7789800 | 09-07-2010 | Scott R. Watterson, et al. | |
| | | US- 7857731 | 12-29-2010 | Paul L. Hickman, et al. | |
| | | US- 7862478 | 01-04-2011 | Scott R. Watterson, et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document (Country Code[3]-Number[4]-Kind Code[5] (if known)) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

**Complete if Known**

| | |
|---|---|
| Application Number | 13956087 |
| Filing Date | 07/31/2013 |
| First Named Inventor | John Paul Foley, et al. |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | PEL-1 |

Sheet 4 of 9

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 7980996 | 07-19-2011 | Paul L. Hickman | |
| | | US- 7981000 | 07-19-2011 | Scott R. Watterson, et al. | |
| | | US- 8298123 | 10-30-2012 | Paul L. Hickman | |
| | | US- 20070254778 | 11-01-2007 | Darren C. Ashby | |
| | | US- 20110071003 | 03-24-2011 | Scott R. Watterson, et al. | |
| | | US- 20110172059 | 07-14-2011 | Scott R. Watterson, et al. | |
| | | US- 5512025 | 04-20-1996 | Willaim T. Dalebout, et al. | |
| | | US- 5527245 | 06-18-1996 | William T. Dalebout, et al. | |
| | | US- 5529553 | 06-25-1996 | Kurt E. Finlayson | |
| | | US- 5591106 | 01-07-1997 | William T. Dalebout, et al. | |
| | | US- 5595556 | 01-21-1997 | William T. Dalebout, et al. | |
| | | US- 5645509 | 07-08-1997 | Dane P. Brewer, et al. | |
| | | US- 5662557 | 09-02-1997 | Scottt R. Watterson, et al. | |
| | | US- 5669857 | 09-23-1997 | Scottt R. Watterson, et al. | |
| | | US- 5672140 | 09-30-1997 | Scottt R. Watterson, et al. | |
| | | US- 5674156 | 10-07-1997 | Scottt R. Watterson, et al. | |
| | | US- 5674453 | 10-07-1997 | Scottt R. Watterson, et al. | |
| | | US- 5676624 | 10-14-1997 | Scottt R. Watterson, et al. | |
| | | US- 5683332 | 11-04-1997 | Scottt R. Watterson, et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 13956087 |
| | Filing Date | 07/31/2013 |
| | First Named Inventor | John Paul Foley, et al. |
| | Art Unit | |
| | Examiner Name | |
| Sheet 5 of 9 | Attorney Docket Number | PEL-1 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 5702325 | 12-30-1997 | Scottt R. Watterson, et al. | |
| | | US- 5704879 | 01-06-1998 | Scott R. Watterson, et al. | |
| | | US- 5718657 | 02-17-1998 | William T. Dalebout, et al. | |
| | | US- 5722922 | 03-03-1998 | Scottt R. Watterson, et al. | |
| | | US- 5743833 | 04-28-1998 | Scottt R. Watterson, et al. | |
| | | US- 5772560 | 06-30-1998 | Scottt R. Watterson, et al. | |
| | | US- 5827155 | 10-27-1998 | Jon F. Jensen, et al. | |
| | | US- 5860893 | 01-19-1999 | Scott R. Watterson, et al. | |
| | | US- 5860894 | 01-19-1999 | William T. Dalebout, et al. | |
| | | US- 5899834 | 05-04-1999 | William T. Dalebout, et al. | |
| | | US- 6033347 | 03-07-2000 | William T. Dalebout, et al. | |
| | | US- 6280362 | 08-28-2001 | William T. Dalebout, et al. | |
| | | US- 6312363 | 11-06-2001 | Scottt R. Watterson, et al. | |
| | | US- 6350218 | 02-26-2002 | William T. Dalebout, et al. | |
| | | US- 6458060 | 10-01-2002 | Scott R. Watterson, et al. | |
| | | US- 6471622 | 10-29-2002 | Rodney L. Hammer, et al. | |
| | | US- 6626799 | 09-30-2003 | Scott R. Watterson, et al. | |
| | | US- 6730002 | 05-04-2004 | Patrick Hald, et al. | |
| | | US- 6761667 | 07-13-2004 | Gordon L. Cutler, et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 13956087 |
| | Filing Date | 07/31/2013 |
| | First Named Inventor | John Paul Foley, et al. |
| | Art Unit | |
| | Examiner Name | |
| Sheet 6 of 9 | Attorney Docket Number | PEL-1 |

| U. S. PATENT DOCUMENTS ||||||
|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | | US- 6918858 | 07-19-2005 | Scott R. Watterson, et al. | |
| | | US- 6974404 | 12-13-2005 | Scott R. Watterson, et al. | |
| | | US- 6997852 | 02-14-2006 | Scott R. Watterson, et al. | |
| | | US- 7060006 | 06-13-2006 | Scott R. Watterson, et al. | |
| | | US- 7060008 | 06-13-2006 | Scott R. Watterson, et al. | |
| | | US- 7166062 | 01-23-2007 | Scott R. Watterson, et al. | |
| | | US- 7166064 | 01-23-2007 | Scott R. Watterson, et al. | |
| | | US- 7192388 | 03-20-2007 | Willaim T. Dalebout, et al. | |
| | | US- 7285075 | 10-23-2007 | Gordon Cutler, et al. | |
| | | US- 7455622 | 11-25-2008 | Scott R. Watterson, et al. | |
| | | US- 7510509 | 03-31-2009 | Paul L. Hickman | |
| | | US- 7537546 | 05-26-2009 | Scott R. Watterson, et al. | |
| | | US- 7537549 | 05-26-2009 | Gerald Nelson, et al. | |
| | | US- 7540828 | 06-02-2009 | Scott R. Watterson, et al. | |
| | | US- 7549947 | 06-23-2009 | Paul L. Hickman, et al. | |
| | | US- 7556590 | 07-07-2009 | Scott R. Watterson, et al. | |
| | | US- 7575536 | 08-18-2009 | Paul L. Hickman | |
| | | US- 7618350 | 11-17-2009 | William T. Dalebout, et al | |
| | | US- 7625315 | 12-01-2009 | Paul L. Hickman | |

| FOREIGN PATENT DOCUMENTS |||||||
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 13956087 |
| | Filing Date | 07/31/2013 |
| | First Named Inventor | John Paul Foley, et al. |
| | Art Unit | |
| | Examiner Name | |
| Sheet 7 of 9 | Attorney Docket Number | PEL-1 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 7628730 | 12-08-2009 | Scott R. Watterson, et al. | |
| | | US- 7637847 | 12-29-2009 | Paul L. Hickman | |
| | | US- 7645212 | 01-12-2010 | Darren C. Ashby, et al. | |
| | | US- 7658698 | 02-09-2010 | Chad R. Pacheco, et al. | |
| | | US- 7674205 | 03-09-2010 | William T. Dalebout, et al. | |
| | | US- 7713171 | 05-11-2010 | Paul L. Hickman | |
| | | US- 7713172 | 05-11-2010 | Scott R. Watterson, et al. | |
| | | US- 7717828 | 05-18-2010 | Roy Simonson, et al. | |
| | | US- 7740563 | 06-22-2010 | William T. Dalebout, et al. | |
| | | US- 7766797 | 08-03-2010 | William T. Dalebout, et al. | |
| | | US- 7775940 | 08-17-2010 | William T. Dalebout, et al. | |
| | | US- 7789800 | 09-07-2010 | Scott R. Watterson, et al. | |
| | | US- 7857731 | 12-28-2010 | Paul L. Hickman, et al. | |
| | | US- 7862478 | 01-04-2011 | Scott R. Watterson, et al. | |
| | | US- 7862483 | 01-04-2011 | Rick W. Hendrickson, et al. | |
| | | US- 7909740 | 03-22-2011 | William T. Dalebout, et al. | |
| | | US- 7980996 | 07-19-2011 | Paul L. Hickman | |
| | | US- 7981000 | 07-19-2011 | Scott R. Watterson, et al. | |
| | | US- 8029415 | 10-04-2011 | Darren C. Ashby, et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 13956087 |
| | Filing Date | 07/31/2013 |
| | First Named Inventor | John Paul Foley, et al. |
| | Art Unit | |
| | Examiner Name | |
| Sheet 8 of 9 | Attorney Docket Number | PEL-1 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 8298123 | 10-30-2012 | Paul L. Hickman | |
| | | US- 20080051256 | 02-28-2008 | Darren C. Ashby, et al. | |
| | | US- 20080300110 | 12-04-2008 | Tony Smith, et al. | |
| | | US- 7575536 | 08-18-2009 | Paul L. Hickman | |
| | | US- 6902513 | 06-07-2005 | Daniel R. McClure | |
| | | US- 20080096725 | 04-24-2008 | Dennis L. Keiser | |
| | | US- 7874957 | 01-25-2011 | Elisa Hurwitz, et al. | |
| | | US- 20080015089 | 01-17-2008 | Elisa Hurwitz, et al. | |
| | | US- 6921351 | 07-26-2005 | Paul L. Hickman, et al. | |
| | | US- 7465257 | 12-16-2008 | Robert Bowman Morgan, Jr | |
| | | US- 20070232452 | 10-04-2007 | Reed Hanoun | |
| | | US- 20090098980 | 04-16-2009 | Rolland M. Waters | |
| | | US- 20090233769 | 09-17-2009 | Timothy Pryor | |
| | | US- 5089960 | 02-18-1992 | James S. Sweeney, Jr. | |
| | | US- 5462503 | 10-31-1995 | Michael H. Benjamin, et al. | |
| | | US- 5466200 | 11-14-1995 | W. Thatcher Ulrich, et al. | |
| | | US- 5690582 | 11-25-1997 | W. Thatcher Ulrich, et al. | |
| | | US- 5888172 | 03-30-1999 | Bryan DeWitt Andrus, et al. | |
| | | US- 5890995 | 04-06-1999 | Aaron F. Bobick, et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3) ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 13956087 |
| | Filing Date | 07/31/2013 |
| | First Named Inventor | John Paul Foley, et al. |
| | Art Unit | |
| | Examiner Name | |
| Sheet 9 of 9 | Attorney Docket Number | PEL-1 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 6059692 | 05-09-2000 | Paul L. Hickman | |
| | | US- 6155927 | 12-05-2000 | Jacques Levasseur, et al. | |
| | | US- 6283896 | 09-04-2001 | Sarah Grunfeld, et al. | |
| | | US- 6749537 | 06-15-2004 | Paul L. Hickman | |
| | | US- 6808472 | 10-26-2004 | Paul L. Hickman | |
| | | US- 6921351 | 07-26-2005 | Paul L. Hickman, et al. | |
| | | US- 7060006 | 06-12-2006 | Scott R. Watterson, et al. | |
| | | US- 7166064 | 01-23-2007 | Scott R. Watterson, et al. | |
| | | US- RE36574 | 02-15-2000 | Peter Hochstein, et al. | |
| | | US- 5213555 | 05-25-1993 | Robert L. Hood, et al. | |
| | | US- 20100234185 | 09-16-2010 | Jonathan B. Watt, et al. | |
| | | US- 532063 | 11-14-2006 | Myong Han Kim, et al. | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3) [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.