UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VR OPTICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., a Delaware Corporation,<br><br>    Defendant.<br><br>─────────────────────────────<br><br>PELOTON INTERACTIVE, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>VILLENCY DESIGN GROUP, LLC, ERIC VILLENCY and JOSEPH COFFEY,<br><br>    Third-Party Defendants. | No. 1:16-cv-6392 (JPO)<br><br>**NOTICE OF MOTION<br>FOR SUMMARY JUDGMENT** |

    **PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Third-Party Defendants Villency Design Group, LLC, Eric Villency and Joseph Coffey, and Plaintiff and Counterclaim-Defendant VR Optics, LLC, through their attorneys Hartmann Doherty Rosa Berman & Bulbulia, LLC, will move before the Hon. J. Paul Oetken, U.S.D.J., at the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for entry of an order granting summary judgment in favor of Third-Party Defendants and against Peloton Interactive, Inc. on all of Peloton's third-party claims; and granting summary judgment in favor of Plaintiff and

Counterclaim-Defendant VR Optics, LLC and against Peloton Interactive, Inc. on Peloton's third counterclaim for intentional interference with contractual relationship.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Third-Party Defendants and Counterclaim-Defendant will rely upon the accompanying Memorandum of Law, Declaration of Paul S. Doherty III, Esq. with exhibits, and Local Rule 56.1 Statement of Undisputed Material Facts.

Respectfully submitted,

/s/ Paul S. Doherty III
Paul S. Doherty III, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**
800 Third Ave., 28th Floor
New York, NY 10022
(212) 344-4619
pdoherty@hdrbb.com

*Attorneys for Plaintiff/Counterclaim-Defendant VR Optics, LLC and Third-Party Defendants Villency Design Group, LLC, Eric Villency and Joseph Coffey*

Dated: July 1, 2019