UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VR OPTICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., a Delaware Corporation,<br><br>    Defendant.<br><br>─────────────────────────────<br><br>PELOTON INTERACTIVE, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>VILLENCY DESIGN GROUP, LLC, ERIC VILLENCY and JOSEPH COFFEY,<br><br>    Third-Party Defendants. | Civil No. 16-6392 (JPO)<br><br>**NOTICE OF MOTION TO EXCLUDE OPINIONS OF RICHARD M. GOODIN** |

    PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the annexed Declaration of James B. Hatten, dated July 1, 2019, and the exhibits attached thereto, Plaintiff VR Optics, LLC shall move this Court before the Honorable John Paul Oetken, on a date and at a time convenient for the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 706, to preclude Defendant Peloton Interactive, Inc., from offering at trial the testimony and report of Richard M. Goodin pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Dated: July 1, 2019

Respectfully submitted,

By: /s/ *Michael D. Gannon*
Leif R. Sigmond, Jr
(*admitted pro hac vice*)
E-mail: lsigmond@bakerlaw.com
Michael D. Gannon
(*admitted pro hac vice*)
E-mail: mgannon@bakerlaw.com
Jennifer M. Kurcz
(*admitted pro hac vice*)
E-mail: jkurcz@bakerlaw.com
**BAKER & HOSTETLER LLP**
1 North Wacker Drive
Suite 4500
Chicago, IL 60606
T +1.312.416.6200
F +1.312.416.6201

Paul S. Doherty III, Esq.
pdoherty@hdrbb.com
Mark A. Berman, Esq.
mberman@hdrbb.com
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLC**
800 Third Avenue, 28th Floor
New York, NY 10022
212-344-4619
Fax: 201-441-9435

*Attorneys for Plaintiff VR Optics, LLC*