Paul W. Garrity
  *PGarrity@SheppardMullin.com*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700
Fax: (212) 653-8701

Steven G. Schortgen (*pro hac vice*)
  *SSchortgen@SheppardMullin.com*
Jennifer Klein Ayers (*pro hac vice*)
  *JAyers@SheppardMullin.com*
Galyn Gafford (*pro hac vice*)
  *GGafford@SheppardMullin.com*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 24th Floor
Dallas, TX  75201-6776
Tel:    (469) 391-7400
Fax:    (469) 391-7401

Attorneys for Defendant and Third-Party
Plaintiff PELOTON INTERACTIVE, INC.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VR OPTICS, LLC,<br><br>                              Plaintiff,<br><br>             -v-<br><br>PELOTON INTERACTIVE, INC.,<br>                              Defendant. | 16-CV-6392 (JPO) |
| PELOTON INTERACTIVE, INC.,<br>                   Third-Party Plaintiff,<br><br>             -v-<br><br>VILLENCY DESIGN GROUP, LLC; ERIC VILLENCY; and JOSEPH COFFEY,<br>                   Third-Party Defendants. | **NOTICE OF MOTION TO PRECLUDE OPINIONS OF STEVEN M. LENZ**<br><br>*ORAL ARGUMENT REQUESTED* |

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law and the Declaration of Galyn Gafford filed concurrently herewith, and all the other papers and pleadings filed with the Court, Defendant Peloton Interactive, Inc. ("Peloton") hereby moves this Court, before the Honorable J. Paul Oetken, U.S.D.J., in the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square., Courtroom 706, New York, NY 10007, at a date and time to be set by the Court for an order precluding certain opinions of Plaintiff VR Optics, LLC's ("VRO") technical expert Steven M. Lenz.  Peloton moves the Court to preclude the opinions of Steven M. Lenz in which he failed to follow faithfully the Court's claim construction order by 1) misconstruing the construction of the "drive/control the display" limitations from claims 1 and 6 of U.S. Patent No. 6,902,513; and 2) misconstruing the "course data" construction from claim 5 of the '513 patent.  Further, Peloton moves the Court to preclude Steven M. Lenz from offering opinions based on Peloton's source code as he is admittedly not qualified to render these opinions.  Lastly, Peloton moves the Court to preclude Steven M. Lenz from offering any opinions that were not timely disclosed in his expert reports pursuant to Fed. R. Civ. P. 26 and the Court's scheduling order.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Court's Order dated May 24, 2019 resetting the deadlines, VRO's response to Peloton's motion is to be served on or before August 1, 2019, and Peloton's reply is to be served on or before August 15, 2019.

Dated: July 1, 2019                    Respectfully submitted,

                                            SHEPPARD MULLIN RICHTER & HAMPTON, LLP

By: */s/ Steven. G. Schortgen*

Steven G. Schortgen (*pro hac vice*)
*SSchortgen@SheppardMullin.com*
Jennifer Klein Ayers (*pro hac vice*)
*JAyers@SheppardMullin.com*
Galyn Gafford (*pro hac vice*)
*GGafford@SheppardMullin.com*
2200 Ross Avenue, 24th Floor
Dallas, TX 75201-6776
Telephone:    (469) 391-7400
Facsimile:    (469) 391-7401

Paul W. Garrity
*PGarrity@SheppardMullin.com*
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700
Fax: (212) 653-8701

Jonathan Hangartner
  jon@x-patents.com
**X-Patents, APC**
5670 La Jolla Boulevard
La Jolla, California 92037
Telephone: (858) 454.4313
Facsimile: (858) 454.4314

Attorneys for Defendant and Third-party Plaintiff PELOTON INTERACTIVE, INC

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on July 1, 2019, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

                                        */s/ Steven G. Schortgen*
                                        Steven G. Schortgen