| | |
|---|---|
| VR OPTICS LLC, <br><br>                                 Plaintiff, <br>               -v- <br><br> PELOTON INTERACTIVE, INC., <br><br>                                 Defendant. <br><br> PELOTON INTERACTIVE, INC., <br><br>                           Third-Party Plaintiff, <br>               -v- <br><br> VILLENCY DESIGN GROUP, LLC, ERIC VILLENCY, and JOSEPH COFFEY, <br><br>                           Third-Party Defendants. | 16-CV-6392 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

      Currently pending before the Court are several fully briefed motions for summary judgment and to preclude expert opinions and testimony. (*See* Dkt. Nos. 172, 173, 180, 187, 190, 196, 199, 207.) In connection with those motions, the parties have filed numerous motions for leave to file various documents under seal or in redacted form. (*See* Dkt. Nos. 178, 185, 189, 195, 203, 219, 223, 229, 230, 234, 241, 254, 255, 256.) Pursuant to the Court's Individual Practices in place at the time those motions were filed, unredacted versions of each of the documents were emailed to chambers.

      In light of ECF's new sealed-filing functionality, the Court has updated its Individual Practices. The parties are directed to consult paragraph 2.E of the Court's Individual Practices, as well as Section 6 of the SDNY Electronic Case Filing Rules and Instructions. In accordance with the practices set out therein, the parties are directed to file any proposed redacted

documents, in un-redacted form but with proposed redactions highlighted, on ECF.  <u>Do not re-file the already pending motions to seal.  Instead, file **only** the proposed redacted or sealed documents, which were previously emailed to chambers, and electronically relate them to the relevant, pending motion.</u>

For assistance, the parties may contact the ECF Help Desk at helpdesk@nysd.uscourts.gov or call (212) 805-0136 during business hours.

SO ORDERED.

Dated: February 21, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge