UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VR OPTICS, LLC,

                        Plaintiff,

                v.

PELOTON INTERACTIVE, INC., a Delaware
Corporation,

                        Defendant.
------------------------------------------------------------X
PELOTON INTERACTIVE, INC.,

                      Third-Party Plaintiff,                 16 **CIVIL** 6392 (JPO)

                v.                                                **JUDGMENT for
Attorney's fees and Costs**

VILLENCY DESIGN GROUP, LLC, ERIC
VILLENCY and JOSEPH COFFEY,

                    Third-Party Defendants.
------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2021, Peloton's motion for attorney's fees is GRANTED. VDG must pay Peloton $4,299,163.56, plus nine percent interest calculated from March 15, 2018, in the amount of $1,177,735.24, for the reasonable attorney's fees, costs, and expenses Peloton incurred in defending against VRO's patent infringement claim and bringing its claims seeking declaratory judgment. The pending motions to seal are also GRANTED.  All other claims in this case are dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
         March 30, 2021

                                                                    **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                                              **BY:**   *K. Mango*
                                                                    **Deputy Clerk**