**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212-653-8700 | main
www.sheppardmullin.com

September 13, 2021

VIA ECF
The Honorable J. Paul Oetken, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square New York, NY 10007

    Re:    *VR Optics, LLC v. Peloton Interactive, Inc.; Peloton Interactive, Inc. v. Villency Design Group, LLC, Eric Villency, and Joseph Coffey*
           Case No.: 1:16-cv-6392 (JPO)

Dear Judge Oetken,

    By way of this letter, Third-Party Plaintiff/Judgment Creditor Peloton Interactive, Inc. ("Peloton") by and through the undersigned, respectfully requests the withdrawal of its Order to Show Cause to Compel Third-Party Defendant/Judgment Debtor Villency Design Group, LLC ("VDG") and Third-Party Defendant Eric Villency to Respond to the Information Subpoena served by Peloton on or about June 1, 2021, and to find VDG and Mr. Villency in contempt for failing to provide timely responses. While thirty-five (35) days late, VDG eventually served its responses to the aforesaid Information Subpoena and withdrawal of the underlying application is appropriate.

    Peloton does not agree with opposing counsel's assertion that its responses were complete and non-objectionable, but is attempting to work through those issues without seeking additional Court intervention.

    We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              /s/ Sophia L. Cahill
                            Steven G. Schortgen
                            Jennifer Klein Ayers
                            Sophia L. Cahill
                            SHEPPARD, MULLIN, RICHTER
                            & HAMPTON LLP
                            30 Rockefeller Plaza, 39th Floor
                            New York, NY 10112
                            Tel.: (212) 653-8700

                            *Attorneys for Judgment Creditor/Defendant-Third-Party Plaintiff*

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212-653-8700 | main
www.sheppardmullin.com

CC: Paul S. Doherty III (*via ECF*)
*Attorney for Third-Party Defendants*
Villency Design Group, LLC, Eric Villency, and Joseph Coffey

So ordered.
9/14/2021

_____
J. PAUL OETKEN
United States District Judge

SMRH:4835-8712-8314.2                    -2-